IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| KENNETH WILSON, | : | Case No. 1:21cv518 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| BON SECOURS MERCY HEALTH, INC., | : | |
| | : | |
| Defendant. | : | |

## CONDITIONAL ORDER OF DISMISSAL

The Court, having been advised by counsel for the parties that the above matter has settled, hereby **ORDERS** that this action is **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within forty-five (45) days, move to reopen the action if settlement is not consummated.

Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America*, 114 S. Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND